IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CR-267-BO
No. 5:16-CV-382-BO

| | |
|---|---|
| HASSAN SHABAZZ, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause having been shown upon the motion of Respondent to lift the August 23, 2016, stay and for additional briefing, it is hereby ORDERED that the stay entered at Docket Entry 69 is LIFTED.

It is further ORDERED that Respondent may file an answer, response, or appropriate motion in response to Petitioner's motion under 28 U.S.C. § 2255 on or before September 8, 2017. Petitioner may file a response on or before September 22, 2017.

This 30 day of August, 2017.

TERRENCE W. BOYLE
United States District Judge