UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-267-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HASSAN SHABAZZ | MOTION FOR TEMPORARY RELEASE<br>ON COMPASSIONATE FURLOUGH |

NOW COMES Hassan Shabazz, by and through undersigned counsel, and hereby moves this Honorable Court to set conditions of temporary release from custody for Mr. Shabazz beginning at 11:00 p.m. on Friday, February 15, 2019, and ending at noon on Sunday, February 17, 2019, so that he may attend the funeral service of his father in New Jersey. This request is based upon the following.

1. Mr. Shabazz's term of supervised release was revoked on January 18, 2019, and he was ordered committed to the custody of the Bureau of Prisons for imprisonment for a period of 8 months.

2. Mr. Shabazz is currently at the Piedmont Regional Jail in Farmville, Virginia, awaiting his move to BOP.

3. Mr. Shabazz's father, Samuel Williams, passed away on Friday, February 8, 2019. Visitation begins at 9:00 a.m. on Saturday, February 16, 2019, at Bethlehem Judah Christian Fellowship, 83 Galloping Hill Road, Elizabeth, New Jersey. The funeral service follows at 11:00 a.m. Burial is at noon at Hollywood Memorial Park, Union, New Jersey. Information about the times and locations was found on the funeral home's website. The Ferguson-Rayam Funeral Home - https://www.fergusonrayamfh.com/notices/Samuel-Williams.

4. Mr. Shabazz is requesting a furlough from custody to allow for his pick up by car from the Piedmont Regional Jail, his travel to New Jersey, attendance at the funeral service and burial, and travel by car back to Piedmont Regional Jail.

5. Undersigned counsel's office staff has spoken with the family. His sister, Angela Williams-Hawkins, has arranged for Carlos Williams, nephew of the deceased, to drive Mr. Shabazz from the jail and back again. Carlos Williams, of Wilson, North Carolina, has agreed to pick up Mr. Shabazz from the jail at 11 p.m. on Friday, February 15, 2019, and drive together to the service on Saturday in New Jersey. They will leave together after the burial and Mr. Shabazz will be returned to the Piedmont Regional Jail no later than noon on Sunday, February 17, 2019.

6. Mr. Shabazz very much wishes to be able to attend the funeral of his father, and as such, he now respectfully asks this Court for a compassionate furlough from the Piedmont Regional Jail to allow him to attend the service on February 16, 2019, in New Jersey.

7. The US Marshals Service was contacted and advised us that should the court grant the motion, no one from their office or the Piedmont jail would accompany Mr. Shabazz. It would be totally up to his family to arrange for all transportation and up to Mr. Shabazz to return to the jail within the court's time frame.

8. Counsel for the government and the probation office were both contacted yesterday regarding the instant motion. Assistant United States Attorney Jane Jackson takes no position on the motion. United States Probation Officer Taron Seburn advises that his office takes no position on the motion.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that Mr. Shabazz be temporarily released from custody to attend the funeral of his father on Saturday in New Jersey.

Respectfully submitted this 13th day of February, 2019.

> G. ALAN DuBOIS
> Federal Public Defender
>
> */s/ Susan M. Umstead*
> SUSAN M. UMSTEAD
> Assistant Federal Public Defender
> Attorney for Defendant
> Office of the Federal Public Defender
> 150 Fayetteville Street, Suite 450
> Raleigh, North Carolina 27601
> Telephone: 919-856-4236
> Fax: 919-856-4477
> E-mail: Susan_Umstead@fd.org
> N.C. State Bar No. 9505
> LR 57.1 Counsel
> Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Jane J Jackson
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on February 13, 2019, using the

CM/ECF system which will send notification of such filing to the above.

This the 13th day of February, 2019.

> */s/ Susan M. Umstead*
> SUSAN M. UMSTEAD
> Assistant Federal Public Defender
> Attorney for Defendant
> Office of the Federal Public Defender
> 150 Fayetteville Street, Suite 450
> Raleigh, North Carolina 27601
> Telephone: 919-856-4236
> Fax: 919-856-4477
> E-mail: Susan_Umstead@fd.org
> N.C. State Bar No. 9505
> LR 57.1 Counsel
> Appointed

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-267-BO-1

UNITED STATES OF AMERICA

v.

HASSAN SHABAZZ

ORDER FOR RELEASE ON
COMPASSIONATE FURLOUGH

This matter having come before the Court by motion of the Office of the Federal Public Defender to grant a furlough from custody to Mr. Hassan Shabazz for the purpose of attending the funeral of his father in New Jersey and for a good cause shown, it is hereby ordered that the furlough from custody is GRANTED.

Mr. Shabazz shall be released from the Piedmont Regional Jail in Farmville, Virginia, from 11:00 p.m. on Friday, February 15, 2019, until noon on Sunday, February 17, 2019, so that he may attend the funeral of his father in New Jersey.

SO ORDERED.

This the ____ day of February, 2019.

_____
TERRENCE W. BOYLE
Chief United States District Judge