UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CR-267-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER FOR RELEASE ON COMPASSIONATE FURLOUGH |
| HASSAN SHABAZZ | |

This matter having come before the Court by motion of the Office of the Federal Public Defender to grant a furlough from custody to Mr. Hassan Shabazz for the purpose of attending the funeral of his father in New Jersey and for a good cause shown, it is hereby ordered that the furlough from custody is GRANTED.

Mr. Shabazz shall be released from the Piedmont Regional Jail in Farmville, Virginia, from 11:00 p.m. on Friday, February 15, 2019, until noon on Sunday, February 17, 2019, so that he may attend the funeral of his father in New Jersey.

SO ORDERED.

This the _13_ day of February, 2019.

TERRENCE W. BOYLE
Chief United States District Judge